IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANE HANNAH MEETS, <br><br> Plaintiffs, <br><br> v. <br><br> FULONG002, et al., <br><br> Defendants. | Civil Action No. 25-cv-1404 <br><br> (Judge Stickman) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s) AO-NINEONE, BSADKJFQO, mybadgeholder, SunFansgWei, buguwenhua, haikouwuweiye, FuskySHOP, ShoPen, QingDaoFengJunGangJieGouYouXianGongSi, xiaopingshangmao123, jeffbondusxiuX, heyidedianjis, h-snail, rui hui, CCjac, 2DXuixsh Clothing, SnugStyle&Smile wycnly, million C, PatternPeaks, BLAZZZ, BLATTT, SHAOS, BLADD, YANHAII, Coral Max WishShape, INHAVENS, Dealto, Hi Case, UOO CASE, TNTCASE, TXTCase, PJM SQ, PJM LC with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 11, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

- 2 -

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff